IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| COURTNEY FRANKLIN, #02414631 | § | |
| | § | |
| VS. | § | CIVIL CASE NO. 4:22-CV-85 |
| | § | |
| LAMAR CNTY. JAIL, ET AL. | § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation (the "Report") of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On May 25, 2023, the Magistrate Judge entered the Report (Dkt. #23), containing proposed findings of fact and recommendations that *pro se* Plaintiff Courtney Franklin's civil rights lawsuit be dismissed with prejudice under 28 U.S.C. §§ 1915A and 1915(e) and that the dismissal be counted as a strike pursuant to 28 U.S.C. § 1915(g).

No objections having been timely filed, the Court concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court.

It is therefore **ORDERED** that *pro se* Plaintiff Courtney Franklin's civil rights lawsuit is **DISMISSED** with prejudice. Plaintiff is advised that this dismissal counts as a strike under 28 U.S.C. § 1915(g). It is further **ORDERED** that all motions not previously ruled on are hereby **DENIED**.

**So ORDERED and SIGNED this 6th day of October, 2023.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE